RECEIVED
SDNY PRO SE OFFICE

2023 JAN -3 PM 3:49

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR & THE PEOPLE OF THE

UNITED STATES OF AMERICA

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

UBS GROUP AG, et al.

(see attached rider)

(List the full name(s) of the defendant(s)/respondent(s).)

____CV_____ (____) (____)

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☑ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I need an attorney to represent me because a) this is a complex, multi-juridiction case, b) it is a putative class action case, c) all the facts of this case have been reviewed by the F.B.I and 2 federal Judges and 1 magistrate Judge already and are completely UNDISPUTED in Court, inculding for the independent statistical legal PROOF. (See NYSD 21-CV-09680 & NJD 13-CV-06073).

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have tried to hire a lawyer through the Passaic and New York state bar ~~associations to no avail. I have also run ads in LinkedIn to no avail.~~

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: **N/A**.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| 26 December 2022 | [signature] |
| Date | Signature |
| Zaerpour, Soheil | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 16-C Thornton Pl. | Clifton    NJ    07012 |
| Address | City    State    Zip Code |
| (862) 668-4036 | soheil.zaerpour@njwg.cap.gov |
| Telephone Number | E-mail Address (if available) |