**NYSD 23-cv-00040-LTS**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES):**

1. Bank of America Corporation has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

2. Bank of America, N.A. has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

3. Barclays Bank PLC has offices located at 745 7th Avenue, New York, NY 10019.

4. Barclays PLC has corporate offices located at 1 Churchill Place, London E14 5HP, United Kingdom.

5. Barclays Capital, Inc. has offices located at 745 7th Avenue, New York, NY 10019.

6. BNP Paribas Group's headquarters is located at 16, boulevard des Italiens, 75009 Paris, France.

7. BNP Paribas USA, Inc. has offices located at 787 Seventh Avenue , New York, NY 10019.

8. BNP Paribas S.A. has offices located at 787 Seventh Avenue , New York, NY 10019.

9. BNP Paribas Securities Corp. has offices located at 787 Seventh Avenue , New York, NY 10019.

10. Citigroup, Inc. has corporate offices located at 388 Greenwich Street New York, NY 10013.

11. Citibank, N.A. has offices located at 388 Greenwich Street New York, NY 10013.

12. Citigroup Global Markets, Inc. has offices located at 388 Greenwich Street, New York, NY 10013.

13. Credit Suisse Group AG has corporate offices located at 11 Madison Avenue, New York, NY 10010.

14. Credit Suisse AG has offices located at 11 Madison Avenue, New York, NY 10010.

15. Credit Suisse International has corporate offices located at One Cabot Square, London, E14 4QJ, United Kingdom.

16. Credit Suisse Securities (USA) LLC has offices located at 11 Madison Avenue, New York, NY 10010.

17. Deutsche Bank AG has offices located at 60 Wall Street, New York, NY 10005.

18. Deutsche Bank Securities Inc. has offices located at 60 Wall Street, New York, NY 10005.

19. The Goldman Sachs Group, Inc. has offices located at 200 West Street, New York, NY 10282.

20. Goldman, Sachs & Co. LLC has offices located at 200 West Street, New York, NY 10282.

21. HSBC Holdings PLC has corporate offices located at 8 Canada Square, London, E14 5HQ, United Kingdom.

22. HSBC Bank PLC has corporate offices located at 8 Canada Square, London, EI4 5HQ, United Kingdom.

23. HSBC North America Holdings Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

24. HSBC Bank USA, N.A. has an office located at 452 Fifth Ave., New York, NY 10018.

25. HSBC Securities (USA) Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

26. J.P. Morgan Chase & Co. has corporate offices located at 270 Park Avenue, New York, NY 10017.

27. J.P. Morgan Chase Bank, N.A. has corporate offices located at 1111 Polaris Parkway, Columbus, OH 43240.

28. J.P. Morgan Securities LLC has offices located at 277 Park Avenue, New York, NY 10172 .

29. Merrill Lynch, Pierce, Fenner & Smith Inc. has corporate offices located at One Bryant Park, New York, NY 10036.

30. MUFG Bank, Ltd. has an office located at 1251 Avenue of the Americas, New York, NY 10020-1104.

31. MUFG Securities Americas Inc. has offices located at 1221 Avenue of the Americas, New York, NY 10020-1001.

32. Morgan Stanley has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

33. Morgan Stanley & Co., LLC has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

34. Morgan Stanley & Co. International PLC has offices located at Cabot Square, Canary Wharf, London, E14 4QA, United Kingdom.

35. NatWest Markets Securities Inc. has corporate offices located at 600 Washington Boulevard Stamford, CT 06901.

36. RBC Capital Markets LLC has offices located at 200 Vesey Street, 9th Floor, New York, NY 10281.

37. The Royal Bank of Canada has corporate offices located at 200 Bay Street, Royal Bank Plaza, Toronto, ON M5J 2J5, Canada.

38. Royal Bank of Scotland PLC has corporate offices located at 36 St Andrew Square, Edinburgh, United Kingdom, EH2 2YB.

39. SG Americas Securities LLC has corporate offices located at 245 Park Avenue, New York, NY 10167.

40. Societe Generale S.A. has corporate offices located at 29 Boulevard Haussmann 75009 Paris, France.

41. Standard Chartered Bank has corporate offices located at 1 Basinghall Avenue, London, EC2V 5DD, United Kingdom.

42. Standard Chartered Securities (North America), Inc. has corporate offices located at 1095 Avenue of the Americas, New York, NY 10036.

43. UBS AG has offices located at 1285 Avenue of the Americas, New York, NY 10019.

44. UBS Group AG has corporate offices located at Bahnhofstrasse 45, Zurich, 8001 Switzerland.

45. UBS Securities LLC has offices located at 1285 Avenue of the Americas, New York, NY 10019.