**New York Southern District**

**Reference: your decision to dismiss (23:CV00040-LTS)**

Dear "Judge",

In regard to what has already been written and proven (references: NYSD 21:cv1:21-cv-09680; NYSD 22-cv-07232 and NJD13-cv-06073) which is UNDISPUTED by the Federal Bureau of Investigation and 2 federal judges, I believe that you and your "team" are CORRUPT.

Sincerely,

/s/ Soheil Zaerpour

16-C Thornton Pl.

Clifton, New Jersey

(862) 668-4036

soheil.zaerpour@njwg.cap.gov

Dated: May 5, 2023

**Attach.**