# U.S. District Court

## New York Southern - Manhattan

Receipt Date: May 31, 2023 9:02AM

SOHEIL ZAERPOUR

Rcpt. No: 16809     Trans. Date: May 31, 2023 9:02AM     Cashier ID: #EN

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #07528 | 05/31/2023 | | $505.00 |

Total Due Prior to Payment: $505.00

Total Tendered: $505.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 23CV40 LTS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.